Curtis Lee WATSON, Petitioner–Appellant,

v.

WARDEN–FCI HAZELTON, Respondent–Appellee.

No. 17–6641

United States Court of Appeals, Fourth Circuit.

Submitted: September 26, 2017

Decided: September 28, 2017

Curtis Lee Watson, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, Erin K. Reisenweber, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Lee Watson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Watson v. Warden*, No. 2:16–cv–00076–JPB–JES (N.D.W. Va. May 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*